IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY HENTHORNE,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-807-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Gregory Henthorne attorney fees and costs in the amount of $2,238.35 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ A. Wiseman, Deputy Clerk | 5/26/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |